IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


JAMES M. SOWDERS                                                                    PLAINTIFF


v.                                              Civil No. 6:15-CV-6033


AMY MARTIN,
JAIL ADMINISTRATOR                                                               DEFENDANT

## ORDER


Before the Court is the Report and Recommendation filed April 7, 2016, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

ECF No. 6.   Judge Bryant recommends that Plaintiff's claims against Defendant Martin be

dismissed.  No party has filed objections to the Report and Recommendation, and the time to

object has passed.  *See* 28 U.S.C. § 636(b)(1) and ECF No. 58.  Upon review, the Court adopts

the Report and Recommendation *in toto.*  Accordingly, Plaintiff's claims against Martin are

**DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i-iii) and

1915A(a).

**IT IS SO ORDERED**, this 11th day of May, 2016.


/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge